UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  SACV 23-1519-MWF  **Date:**  October 26, 2023
**Title:**  In Re Robert A. Ferrante

**Present:**  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |

| Attorneys Present for Appellant: | Attorneys Present for Appellee: |
| None Present | None Present |

**Proceedings (In Chambers):**        ORDER TO SHOW CAUSE

The Notice of Appeal was filed on August 15, 2023.  (Docket No. 1).  Appellant has yet to file an Opening Brief.  Nor have the parties filed (1) a certification of interested parties, or (2) a notice with any cases previously filed with the District Court that appear to be related to this bankruptcy appeal, as previously instructed by the Court.  (Notice Regarding Appeal From Bankruptcy Court (Docket No. 3) (citing Local Rules 7.1-1, 83-1.3.1)).

The Court **ORDERS** Appellant to **SHOW CAUSE** ("OSC") why this action should not be dismissed for lack of prosecution.  Appellants may discharge this OSC by filing their Opening Brief or a voluntary dismissal by no later than **November 13, 2023**.

Failure to file the Opening Brief or voluntary dismissal by **November 13, 2023**, will result in **automatic dismissal** of this appeal.  *See* Fed. R. Bankr. P. 8018(a)(4) ("If an appellant fails to file a brief on time . . . the district court . . . after notice, may dismiss the appeal on its own motion.").

No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.

CC: U.S. Bankruptcy Court, Central District of California (Santa Ana)

---

**CIVIL MINUTES—GENERAL**                                                                  1