UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **SACV 23-1519-MWF**                    **Date:  June 27, 2024**
Title:  In Re: Robert A. Ferrante

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Appellant: | Attorneys Present for Appellee: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE

Debtor Robert A. Ferrante filed the Notice of Appeal initiating this action on August 15, 2023.  (Docket No. 1).  Based on the Court's most recent Order, the Opening Brief was due on May 27, 2024.  (Docket No. 23).  As of June 27, 2024, Appellant has yet to file an Opening Brief despite the fact that the Court has granted three extensions.  (*See* Docket Nos. 19, 21, 23).

Accordingly, the Court **ORDERS** Appellant to **SHOW CAUSE** ("OSC"), in writing, by **July 5, 2024**, why this appeal should not be dismissed for lack of prosecution.  Alternatively, Appellant may discharge the OSC by filing the Opening Brief.

Given the dilatory history of Appellant, failure to respond to the OSC by **July 5, 2024**, will result in **automatic dismissal** of this appeal.  *See* Fed. R. Bankr. P. 8003 (explaining that an appellant's failure to follow the procedures for filing an appeal is ground for "dismissing the appeal").

Further, this OSC serves as **NOTICE** to Appellant that any future failure to meet any deadline imposed by statute or this Court will result in automatic dismissal of this appeal without further notice.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.